IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Hamilton, Elias | Case Number: 04 B 29283 |
|---|---|---|
| | Hamilton, Vivian I | Judge: Hollis, Pamela S |
| | Printed: 8/26/08 | Filed: 8/6/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Completed: June 13, 2008
Confirmed: October 18, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 23,493.00 | |
| Secured: | | 11,780.27 |
| Unsecured: | | 7,133.90 |
| Priority: | | 0.00 |
| Administrative: | | 2,300.00 |
| Trustee Fee: | | 1,166.46 |
| Other Funds: | | 1,112.37 |
| Totals: | 23,493.00 | 23,493.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ernesto D Borges Jr Esq | Administrative | 2,300.00 | 2,300.00 |
| 2. | Arms Apartment Rentals | Secured | 4,145.68 | 4,145.68 |
| 3. | RoundUp Funding LLC | Secured | 2,134.59 | 2,134.59 |
| 4. | City Of Chicago | Secured | 5,500.00 | 5,500.00 |
| 5. | Jefferson Capital | Unsecured | 879.96 | 879.96 |
| 6. | Lillian West D/B/A West Apartments | Unsecured | 1,294.48 | 1,294.48 |
| 7. | RoundUp Funding LLC | Unsecured | 4,959.46 | 4,959.46 |
| 8. | Capital One | Unsecured | 610.62 | 0.00 |
| 9. | Advance Til Payday | Unsecured | 0.00 | 0.00 |
| 10. | Caine & Weiner | Unsecured | | No Claim Filed |
| 11. | Cross Country Bank | Unsecured | | No Claim Filed |
| 12. | Mages & Price | Unsecured | | No Claim Filed |
| 13. | Discover Financial Services | Unsecured | | No Claim Filed |
| 14. | Malcolm S Gerald & Assoc | Unsecured | | No Claim Filed |
| 15. | Leading Edge | Unsecured | | No Claim Filed |
| 16. | Medclr Inc | Unsecured | | No Claim Filed |
| 17. | MCI Telecommunications | Unsecured | | No Claim Filed |
| 18. | Midland Credit Management | Unsecured | | No Claim Filed |
| 19. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 20. | Sparkling Spring Mineral Water | Unsecured | | No Claim Filed |
| 21. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 22. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 23. | Trust Receivable Services | Unsecured | | No Claim Filed |
| 24. | Midland Credit Management | Unsecured | | No Claim Filed |
| 25. | Superior Credit | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Hamilton, Elias | Case Number: 04 B 29283 |
|---|---|---|
| | Hamilton, Vivian I | Judge: Hollis, Pamela S |
| | Printed: 8/26/08 | Filed: 8/6/04 |

| 26. | Oak Forest Hospital | Unsecured | | No Claim Filed |
|---|---|---|---|---|
| | | | _____ | _____ |
| | | | $ 21,824.79 | $ 21,214.17 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 231.59 |
| 4% | 61.08 |
| 3% | 45.81 |
| 5.5% | 255.99 |
| 5% | 87.30 |
| 4.8% | 167.61 |
| 5.4% | 317.08 |
| | _____ |
| | $ 1,166.46 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:


_____